IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

JOYCE CAMPBELL,

        Plaintiff,                No. 2:12-cv-0646-KJM-KJN

   vs.

RIVER TERRACE, L.P., et al.,

        Defendants.         <u>ORDER</u>

_____/

        On July 3, 2013, the court vacated the final pretrial conference in this case, set for July 11, 2013, due to the parties' failure to submit a joint pretrial statement. (ECF 25.)

        Both parties are now ordered to show cause, no later than seven days from this order, why they should each not be sanctioned in the amount of $250 for failure to obey the court's order to file a joint status report.

        IT IS SO ORDERED.

DATED: July 10, 2013.

                                          _____
                                          UNITED STATES DISTRICT JUDGE