IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOYCE CAMPBELL,

      Plaintiff,                                     2:12-cv-00646-KJM-KJN

     v.

RIVER TERRACE, L.P., et al.,                ORDER

      Defendants.

          On July 11, 2013 the court issued an order to show cause why plaintiff and defendants should not be sanctioned for failure to file a joint status report as ordered by the court. (ECF 26.) The deadline for responses was July 18, 2013; neither party has responded.

          Accordingly, counsel for plaintiff and defendants are hereby sanctioned in the amount of $250 each. Counsel shall not pass on this cost to their clients. Within seven days of the date of this order, counsel are ordered to make payment to the Clerk of the Court, and to file declarations so indicating. Failure to comply may result in additional sanctions.

          IT IS SO ORDERED.

DATED: August 15, 2013.

                                              UNITED STATES DISTRICT JUDGE